**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**ROBERT LEE FREEMAN**                                                           **PLAINTIFF**

**v.**                  **Case No. 3:13-cv-129-KGB-JJV**

**CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration**                                   **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 14). No objections have been filed, and the time for filing objections has passed. After careful review, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

SO ORDERED this the 8th day of August, 2014.

                                                            _____
                                                            KRISTINE G. BAKER
                                                            UNITED STATES DISTRICT JUDGE