**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**ROBERT LEE FREEMAN**                                                                          **PLAINTIFF**

v.                              Case No. 3:13-cv-129-KGB-JJV

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                             **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is dismissed with prejudice.

SO ADJUDGED this the 8th day of August, 2014.

*[signature]*
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE